UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KIM MORRIS, MELISSA ADLIN, and JORGE GUADRON, on behalf of themselves and all others similarly situated,

                                                                           **09-CV-1932(ALC)(MHD)**

                         Plaintiffs,

           -against-                                  **NOTICE OF OBJECTION**

AFFINITY HEALTH PLANS, Inc.,

                         Defendant.

---------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiff Kim Morris hereby objects to the proposed class settlement.

Dated: New York, New York
       March 7, 2012

                                                  Respectfully submitted,
                                                  _____/s/_____
                                                  Robert Wisniewski (RW–5308)

                                                  _____/s/_____
                                                  Albert Adam Breud, II (AB–2355)