AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kim Morris, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 09-cv-01932 (ALC)(MHD) |
| Affinity Health Plan, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jorge Guadron.

Date: 04/17/2012

/s/ Lewis Steel
*Attorney's signature*

Lewis Steel (LS 4463)
*Printed name and bar number*

Outten & Golden LLP
3 Park Avenue, 29 Floor
New York, NY 10016
*Address*

ls@outtengolden.com
*E-mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*